LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| MONICA GARZA, | ) | No.  EDCV 09-2204 JC |
|---|---|---|
|     Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner Of Social Security, | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($3,500.00) subject to the terms of the stipulation.

    DATE:    December 27, 2010

                                      _____/s/_____
                                      HON.JACQUELINE CHOOLJIAN
                                      UNITED STATES MAGISTRATE JUDGE